United States District Court
Eastern District of Michigan

Richard Allen Smith, Sr.,

      Plaintiff,

                                      Civil No.

v.

                                      Honorable
                                      Mag. Judge

United States District Court for the
Eastern District of Michigan, et al.,

      Defendants.

_____/

## Notice of Removal

Defendants, United States District Court for the Eastern District of Michigan, Eastern District Court Administration, Eastern District Clerk's Office, Eastern District ADA Coordinator, United States Marshals Service-Court Security Division, by their attorneys, pursuant to 28 U.S.C. §§ 1442(a)(1) and 1446, hereby removes this action (Case No. 26-001211-NZ), which is now pending in the 22nd Judicial Circuit Court for the State of Michigan from said state court to the United States District Court for the Eastern District of Michigan, Southern Division.

Plaintiff seeks to sue defendants United States District Court for the Eastern District of Michigan, Eastern District Court Administration, Eastern District Clerk's Office, Eastern District ADA Coordinator, United States Marshals Service-Court Security Division, which are all agencies, entities, or employees of the

United States of America. As such, plaintiff's claim is one against the "United States or any agency thereof or any officer . . . of the United States or of any agency thereof, sued in an official or individual capacity for any act under color of such office . . . ." 28 U.S.C. § 1442(a)(1).

The above-entitled action was filed against defendant on or about July 20, 2026. Plaintiff has not properly served any of the defendants under the Federal Rules. Copies of all process and pleadings in possession of petitioner are attached hereto.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

*s/Zak Toomey*

Zak Toomey (P88604)
Assistant U.S. Attorney
211 W. Fort St., Ste. 2001
Detroit, MI  48226
(313) 226-9617
Zak.Toomey@usdoj.gov

Date:  July 27, 2026

2

## Certificate of Service

I hereby certify that on July 27, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system.

I further certify that the foregoing has been served upon the parties of record in the 22nd Judicial Circuit Court case through MiFILE, the Michigan judiciary's electronic filing system.

s/Zak Toomey
Zak Toomey (P88604)
Assistant U.S. Attorney

3

*7-20-26* *Id CERT 57*

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| 14th<br>22nd<br>Washtenaw | **STATE OF MICHIGAN**<br>**JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT**<br>**COUNTY** | **SUMMONS** | **CASE NUMBER** |
|---|---|---|---|

**Court address**
101 E. Huron St., PO Box 8645, Ann Arbor, MI 48107-8645

**Court telephone number**
(734) 222-3270

**Plaintiff's name, address, and telephone number**

Richard Allen Smith Sr

6286 Vail Dr

Ypsilanti MI 48197

Scruffy1979@Outlook.com

734-219-9296

**v**

**Defendant's name, address, and telephone number**

U.S. Attorney's Office – Eastern District of Michigan

Attn: Civil Process Clerk

211 W. Fort Street, Suite 2001

Detroit, MI 48226 (313) 234-5200

RECEIVED

USAO – EDMI

20 JUL 2026 14:15

**Plaintiff's attorney bar number, address, and telephone number**

Pro Se

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☑ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.          **SUMMONS**

**NOTICE TO THE DEFENDANT**: In the name of the people of the State of Michigan you are notified:

1. You are being sued.

2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside of Michigan).

3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.

4. If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date | Expiration date* | Court clerk |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

Document received by the Washtenaw County Trial Court 06/20/2026.

**MC 01** (3/23) **SUMMONS**
SRA

MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105

Summons (3/23)

**Case Number**_____

## PROOF OF SERVICE

**TO PROCESS SERVER**: You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons. If you are unable to complete service, you must return this original and all copies to the court clerk.

### CERTIFICATE OF SERVICE / NONSERVICE

☐ I served ☐ personally ☐ by registered or certified mail, return receipt requested, and delivery restricted to the  the addressee (copy of return receipt attached)   a copy of the summons and the complaint, together with the   attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

☐

☐

| Name | Date and time of service |
|---|---|
|  |  |
| Place or address of service | |
| Attachments (if any) | |

I am a sheriff, deputy sheriff, bailiff, appointed court officer or attorney for a party.

I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of perjury that this certificate of service has been examined by me and that its contents are true to the best of my information,

| Service fee $ | Miles traveled | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled | Fee $ | **TOTAL FEE** $ | knowledge, and belief. |

Name (type or print)

### ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of a copy of the summons and complaint, together with

_____ on _____.

Attachments (if any)          Date and time

Document received by the Washtenaw County Trial Court 06/20/2026.

_____ on behalf of _____

Signature

_____

Name (type or print)


MCL 600.1910, MCR 2.104, MCR 2.105

Document received by the Washtenaw County Trial Court 06/20/2026.

JIS Code: OSF

| STATE OF MICHIGAN | | |
|---|---|---|
| 14th **JUDICIAL DISTRICT** | **FEE WAIVER REQUEST** | **CASE NO. and JUDGE** |
| 22nd **JUDICIAL CIRCUIT** | | |
| Washtenaw **COUNTY** | | |

**Court address**
101 E. Huron St., PO Box 8645, Ann Arbor, MI 48107-8645

**Court telephone no.**
(734) 222-3270

Plaintiff/Petitioner's name, address, and telephone no.

Richard Allen Smith Sr
6286 Vail Dr
Ypsilanti Mi 48197
Scruffy1979@Outlook.com 734-219-9296

Defendant/Respondent's name, address, and telephone no.

∧ U.S. Attorney's Office – Eastern District of Michigan
Attn: Civil Process Clerk
211 W. Fort Street, Suite 2001
Detroit, MI 48226   (313) 234-5200

Plaintiff/Petitioner's attorney, bar no., address, and telephone no. Pro
Pro Se

Defendant/Respondent's attorney, bar no., address, and telephone no.

In the matter of Richard Allen Smith Sr vs UNITED STATES
DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN

**Instructions:** Complete this form and file it with the court. If this request is filed by a prisoner, a certified statement of the prisoner's trust account showing a current balance and a 12-month history of deposits and withdrawals must accompany this form. After you receive a decision on your request, you must serve your request and the decision on the other party(ies).

I, Richard Allen Smith Sr , request a waiver of my filing fees for the following reason: (Check 1, 2, or 3)
Print or type your name

☑ 1. I receive the following type(s) of public assistance because of indigence:
  ☑ Food Assistance Program through the State of Michigan (also known as FAP or SNAP)
  ☑ Medicaid (including Healthy Michigan, CHIP, and ESO)
  ☐ Family Independence Program through the State of Michigan (also known as FIP or TANF)
  ☐ Women, Infants, and Children benefits (WIC)
  ☑ Supplemental Security Income through the federal government (SSI)
  ☑ Other means-tested public assistance: The ssi is "MS" my son i receive it for him

My public assistance case number(s) (if any) is

37565266

Write "none" if no case number. Do not write your Social Security Number

☐ 2. I am represented by a legal services program or I receive assistance from a law school clinic because of indigence.
  The name of the legal services program or law school clinic is

☐ 3. I am unable to pay the fees and I did not check item 1 or 2 above.

My gross household income is $ 950.00 every ~~monthly~~ .
                                          Week/Two weeks/Month/Year

The number of people in my household is .

My source of income is  my sons ssid

List assets and their worth, such as bank accounts. If you need more space, attach a separate sheet.

List obligations and how much you pay, such as rent or other debts. If you need more space, attach a separate sheet.

I declare under the penalties of perjury that this request has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

06/20/2026
_____
Date

Signature

Approved, SCAO
Form MC 20, Rev. 1/26
MCR 2.002
Page 1 of 2

Distribute form to:   SRA
Court
Applicant
Other parties
Friend of the court (when applicable)

Case No. _____

Fee Waiver Request (1/26)
Page 2 of 2

## CLERK WAIVER

1. Payment of filing fees is waived.

_____
Signature of court clerk and date

## ORDER

**IT IS ORDERED:**

☐ 1. Payment of filing fees is waived because:
   ☐ a. Your gross household income is under 125% of the federal poverty guidelines.
   ☐ b. Your gross household income is above 125% of the federal poverty guidelines, but payment of the fees would constitute a financial hardship for you. c. Other:
   ☐

If you become able to pay the fees before this case is resolved, you must notify the court.

☐ 2. The fee waiver request is denied because:
   ☐ a. Your gross household income is above 125% of the federal poverty guidelines and payment of the fees    would not constitute a financial hardship for you b. Other:
   ☐

_____
Judge/Magistrate (when authorized) signature and date

## NOTICE

**IF YOUR REQUEST WAS DENIED:** To continue your case and preserve your filing date, you have 14 days from the issue date below to pay the filing fees or request a review. To request a review, fill out a Request for Review of Denied Fee Waiver (form MC 114) and file it with the court.

_____
Issue date (completed by clerk)

**STATE OF MICHIGAN**

IN THE 22ND JUDICIAL CIRCUIT COURT

COUNTY OF WASHTENAW

**RICHARD ALLEN SMITH, SR.**

Plaintiff,

v.

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN, EASTERN DISTRICT COURT ADMINISTRATION,**

**EASTERN DISTRICT CLERK'S OFFICE,**

**EASTERN DISTRICT ADA COORDINATOR,**

**UNITED STATES MARSHALS SERVICE – COURT SECURITY DIVISION,**

**JOHN DOE 1–20,**

Defendants.

Case No.: _____ Hon. _____

**COMPLAINT**

**I. PARTIES**

1. Plaintiff Richard Allen Smith, Sr. resides in Ypsilanti, Michigan.

2. Defendant United States District Court for the Eastern District of Michigan is a federal judicial entity operating in Detroit, Michigan.

3. Defendant Eastern District Court Administration manages court operations, scheduling, public access, ADA compliance, and litigant services.

4. Defendant Eastern District Clerk's Office is responsible for filings, docketing, and litigant communication.

5. Defendant Eastern District ADA Coordinator is responsible for ensuring compliance with Title II of the Americans with Disabilities Act.

6. Defendant United States Marshals Service – Court Security Division controls physical access to the courthouse and courtrooms.

Document received by the Washtenaw County Trial Court 06/20/2026.

7. Defendants John/Jane Does 1–20 are unknown federal employees who participated in, directed, or enabled the violations described herein.

## II. JURISDICTION AND VENUE

8. This Court has jurisdiction under **MCL 600.605** (general civil jurisdiction).

9. Venue is proper under **MCL 600.1621** because Plaintiff resides in Washtenaw County and the harm was felt in Washtenaw County.

## III. FACTUAL ALLEGATIONS

10. Plaintiff is a pro se litigant involved in constitutional and civil-rights litigation, including matters involving the Second Amendment and disability-related access issues.

11. Plaintiff repeatedly requested oral argument, hearings, and the right to speak in his federal cases.

12. Plaintiff was denied oral argument in every instance.

13. Plaintiff was denied the right to speak at every court date.

14. Plaintiff was never permitted to present arguments, evidence, or objections.

15. Plaintiff submitted **ADA accommodation requests**, including assistance with communication, scheduling, and participation.

16. Defendants ignored, denied, or failed to process these requests.

17. Defendants failed to provide any alternative means for Plaintiff to be heard.

18. Defendants treated Plaintiff differently from represented litigants and differently from similarly situated individuals.

19. Defendants obstructed Plaintiff's ability to participate in hearings, file motions, and receive equal access to court services.

20. Defendants' actions created a pattern of procedural silencing, preventing Plaintiff from participating in his own cases.

21. Plaintiff's federal cases were directly harmed by this pattern.

22. Federal District Judge Mark A. Goldsmith repeatedly denied Plaintiff oral argument and refused to allow Plaintiff to speak.

Document received by the Washtenaw County Trial Court 06/20/2026.

23. Federal Magistrate Judge Anthony P. Patti also denied Plaintiff oral argument, denied hearings, and refused to allow Plaintiff to speak.

24. Although judicial immunity prevents naming these judges as defendants, their conduct forms part of the broader pattern of denial of access to the courts and failure of the court system to provide ADA-required accommodations.

25. The administrative staff, ADA coordinators, clerks, and security personnel responsible for implementing court procedures contributed to, enabled, or failed to correct these violations.

26. Plaintiff suffered emotional distress, litigation disadvantage, procedural harm, and constitutional injury as a result of Defendants' actions.

## IV. CAUSES OF ACTION

### COUNT I – ADA TITLE II (42 U.S.C. § 12131 et seq.)

27. Plaintiff incorporates all prior paragraphs.

28. Defendants are public entities subject to Title II.

29. Plaintiff is a qualified individual with a disability.

30. Defendants denied Plaintiff access to court programs, services, and participation.

31. Defendants failed to provide reasonable accommodations.

32. Defendants' conduct violated ADA Title II.

### COUNT II – MICHIGAN PWDCRA (MCL 37.1101 et seq.)

33. Defendants denied Plaintiff full and equal access to public services.

34. Defendants failed to accommodate Plaintiff's disability.

35. Defendants' conduct violated the PWDCRA.

### COUNT III – FIRST AMENDMENT (Right to Petition)

36. Defendants obstructed Plaintiff's ability to speak, be heard, and participate in judicial proceedings.

37. Defendants' actions violated Plaintiff's First Amendment rights.

### COUNT IV – FOURTEENTH AMENDMENT (Due Process)

38. Defendants denied Plaintiff a meaningful opportunity to be heard.

Document received by the Washtenaw County Trial Court 06/20/2026.

39. Defendants' actions were arbitrary, discriminatory, and unconstitutional.

## COUNT V – EQUAL PROTECTION

40. Plaintiff was treated differently from similarly situated litigants.

41. Defendants' conduct lacked any rational basis.

## COUNT VI – ACCESS TO COURTS

42. Defendants' actions interfered with Plaintiff's ability to pursue legal claims.

43. This constitutes a constitutional violation.

## COUNT VII – NEGLIGENCE / GROSS NEGLIGENCE

44. Defendants owed Plaintiff duties of care in handling filings, ADA requests, and access.

45. Defendants breached those duties.

46. Plaintiff suffered damages.

## V. RELIEF REQUESTED

Plaintiff requests:

A. Declaratory judgment that Defendants violated Plaintiff's rights. B. Injunctive relief requiring proper ADA accommodations. C. Injunctive relief requiring equal access to hearings and oral argument. D. Compensatory damages in an amount to be proven at trial. E. Punitive damages where permitted by law. F. Costs and fees. G. Any other relief the Court deems just and proper.

## VI. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

**Respectfully submitted,**

**Richard Allen Smith, Sr.**

Plaintiff, in pro per

Address: 6286 Vail

Ypsilanti, MI, 48197

Document received by the Washtenaw County Trial Court 06/20/2026.

Phone: 734-219-9296

Email: Scruffy1979@outlook.com

Date: 06/20/2026

Document received by the Washtenaw County Trial Court 06/20/2026.



RETURN RECEIPT
REQUESTED

CERTIFIED MAIL

ANN ARBOR, MI 48103
JUL 01, 2026

$9.99

S2322W501302-02

9589 0710 5270 3830 7048 55

U.S. Attorney's office Eastern
District of michigan
ATN: Administration
211 w. Fort strert suite 2001
Detroit mI 48226

RETURN RECEIPT
REQUESTED

4822643220 C019